IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Adams, Sheree | Case Number: 07 B 19742 |
| | Judge: Hollis, Pamela S |
| Printed: 1/29/08 | Filed: 10/24/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 17, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 500.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 473.00 |
| Trustee Fee: |  | 27.00 |
| Other Funds: |  | 0.00 |
| Totals: | 500.00 | 500.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,464.00 | 473.00 |
| 2. | DaimlerChrysler Servs North America | Secured | 15,750.00 | 0.00 |
| 3. | Illinois Dept of Revenue | Priority | 55.42 | 0.00 |
| 4. | DaimlerChrysler Servs North America | Unsecured | 520.22 | 0.00 |
| 5. | RJM Acquisitions LLC | Unsecured | 4.31 | 0.00 |
| 6. | Sallie Mae | Unsecured | 1,558.97 | 0.00 |
| 7. | Cavalry Portfolio Services | Unsecured | 144.14 | 0.00 |
| 8. | Illinois Dept of Revenue | Unsecured | 3.00 | 0.00 |
| 9. | American General Finance | Secured | | No Claim Filed |
| 10. | James B Nutter & Co | Secured | | No Claim Filed |
| 11. | Account Recovery Service | Unsecured | | No Claim Filed |
| 12. | First Premier | Unsecured | | No Claim Filed |
| 13. | Check Protection System | Unsecured | | No Claim Filed |
| 14. | Credit Management Co. | Unsecured | | No Claim Filed |
| 15. | First Premier | Unsecured | | No Claim Filed |
| 16. | Mutual Hospital Services | Unsecured | | No Claim Filed |
| 17. | Mutual Hospital Services | Unsecured | | No Claim Filed |
| 18. | Plaza Associates | Unsecured | | No Claim Filed |
| 19. | Nicor Gas | Unsecured | | No Claim Filed |
| 20. | Sallie Mae | Unsecured | | No Claim Filed |
| 21. | Mutual Hospital Services | Unsecured | | No Claim Filed |
| 22. | Resurgent Capital Services | Unsecured | | No Claim Filed |
| 23. | Verizon Wireless Midwest | Unsecured | | No Claim Filed |
| 24. | West Asset Management | Unsecured | | No Claim Filed |
| 25. | West Asset Management | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Adams, Sheree | Case Number:  07 B 19742 |
| | Judge:  Hollis, Pamela S |
| Printed:  1/29/08 | Filed:  10/24/07 |

| | | | |
|---|---|---|---|
| 26.  Wells Fargo | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 21,500.06 | $ 473.00 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 27.00 |
| | _____ |
| | $ 27.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*